```
 1  EILEEN M. DECKER
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  YASIN MOHAMMAD
    California Bar No. 242798
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7        1400 United States Courthouse
          312 North Spring Street
 8        Los Angeles, California 90012
          Telephone: (213) 894-6968
 9        Facsimile: (213) 894-7177
10        E-mail: Yasin.Mohammad@usdoj.gov

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 16-06043 |
|---|---|
| Plaintiff, | **VERIFIED COMPLAINT FOR FORFEITURE** |
| v. | 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6) |
| $36,000.00 IN U.S. CURRENCY, | [DEA] |
| Defendant. | |

The United States of America brings this claim against the defendant $36,000.00 in U.S. Currency, and alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

**PERSONS AND ENTITIES**

4. The plaintiff in this action is the United States of America (the "government" or "plaintiff").

5. The defendant in this action is $36,000.00 in U.S. Currency (the "defendant currency"). The defendant currency was seized on January 21, 2016, by the Drug Enforcement Administration ("DEA") Group 5 Los Angeles Field Division ("LAFD") and the Los Angeles Interagency Metropolitan Enforcement Crime Task Force ("LA IMPACT") (collectively, "investigators"), in connection with California search warrants for residences in Culver City and Downey, California.[1]

6. The defendant currency is currently in the custody of the United States Marshals Service ("USMS") in this District where it shall remain subject to the jurisdiction of this Court during the pendency of this action.

7. The interests of Eduardo Montiel Torres ("Torres"), Marina Almanza ("Almanza"), Joseph Guillermo Rodriguez ("Rodriguez"), and Claudia Inez Montiel ("Montiel") may be adversely affected by these proceedings.

**EVIDENCE SUPPORTING FORFEITURE**

8. Since April 2015, investigators have conducted California State Wiretap interceptions of the Ave Felix Drug Trafficking Organization ("Felix DTO") suspected of distributing multiple kilograms of cocaine throughout Los Angeles County, California. In January 2016, the Los Angeles County Superior Court authorized the

---

[1] The home addresses have been omitted pursuant to Local Rule 5.2-1.

2

wiretap interception of two target telephones being used by members of the Felix DTO.

9. On January 19, 2016, investigators intercepted coded communications on the target telephones relating that an individual, later identified as Rodriguez, was in possession of a large quantity of illegal drugs.

10. On January 20, 2016, pursuant to a State search warrant, investigators obtained GPS coordinates for the target telephones to track a large drug transaction.

11. On January 21, 2016, investigators conducted surveillance in the vicinity of the Culver City residence for an anticipated drug transaction. During the surveillance, investigators observed Rodriguez exit the residence carrying a large bag of noticeable weight. Rodriguez walked to the roadway where he stood for a period of time looking up and down the street in a suspicious manner. Investigators observed Montiel exit the same residence carrying two bags of noticeable weight. Rodriquez and Montiel again looked up and down the street in a suspicious manner just before entering and driving off in a red Mercedes Benz vehicle bearing Arizona license plate number F4318B and displaying an Arizona Cardinal logo.

12. Investigators followed and maintained mobile surveillance on Rodriguez and Montiel's vehicle. During the surveillance pursuit, Rodriguez drove somewhat erratically, using counter surveillance tactics often employed by drug traffickers, such as quickly changing lanes to determine if a vehicle was in pursuit.

13. Investigators continued to maintain visual surveillance until Rodriguez quickly crossed over from the carpool lane and exited onto Lakewood Avenue in Downey. Rodriguez drove around the

neighborhood several times (another counter surveillance tactic) before pulling into the garage of a Downey residence.

14. That same evening, January 21, 2016, investigators simultaneously executed State search warrants on both the Culver City and Downey residences.

15. The Downey residence was vacant and empty of furniture, consistent with a "stash pad" being used for storing illegal drugs. Investigators seized from the residence approximately 33 kilograms of cocaine inside a laundry hamper in the living room closet. Rodriguez and Montiel were arrested on drug trafficking charges.

16. At the Culver City residence, investigators seized $36,000.00 (the defendant currency) in a safe located in the rear room of the residence. Also in the safe were pay-owe sheets of the type of used to track illegal drugs transactions, several documents in the name of "Joseph Rodriguez," and several Money Grams showing that large amounts of money had been sent to various addresses in Mexico.

17. Trained and certified narcotics detection canine "Laura"[2] alerted to the odor of illegal drugs on the defendant currency.

---

[2] "Laura" has completed over 270 hours of training including the Los Angeles County Sheriff's Department ("LAPD") Narcotics Detection Canine Course. During this course, Laura learned to alert to the odor of five illegal drugs (cocaine, methamphetamine, heroin, marijuana, and opium). In order to successfully complete this course, Laura's ability to recognize and alert to these drug odors was tested and successfully proven over a thousand times. Additionally, Laura was tested to ensure that these five odors were the only odors to which she would alert. Laura has never alerted to any odors other than the five on which she was trained. Since her initial 270 hours of training, Laura continues to train, test, and search on a weekly basis, on average of 10-15 hours per week. Laura also attends quarterly trainings with the National Police Canine Association.

Torres and Almanza were present during the search of the residence and are believed to be the only occupants of the residence.

**CLAIMS FOR RELIEF**

18. Based on the foregoing, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal drug trafficking and/or was intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 et seq. The defendant currency is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant currency;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED: August  12 , 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Yasin Mohammad*
YASIN MOHAMMAD
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

**VERIFICATION**

I, Justin Zapanta, declare and say that:

1. I am a Task Force Officer with the Drug Enforcement Agency.

2. I have read the attached Verified Complaint for Forfeiture and know the contents thereof.

3. The information contained in the Complaint is either known to me personally, was furnished to me by official government sources, or obtained pursuant to subpoena. I am informed and believe that the allegations set out in the Complaint are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 9th day of August, 2016 at Los Angeles, California.

_____
JUSTIN R. ZAPANTA
Special Agent - DEA