**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 16-6043 PA (FFMx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| $36,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

In accordance with the Court's February 8, 2018 Findings of Fact and Conclusions of Law, it is ORDERED, ADJUDGED, and DECREED that:

1. Judgment is entered in favor of plaintiff the United States of America ("Plaintiff") against the interests of claimant Eduardo Montiel Torres ("Claimant") and all other potential claimants in the defendant $36,000.00 in United States Currency; and

2. The defendant $36,000.00 in United States Currency shall be and hereby is forfeited to Plaintiff, which shall dispose of the defendant currency in the manner required by law; and

3. Plaintiff shall have its costs of suit.

DATED: February 8, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE